536

H. R. H. Construction Corporation, Respondent, *v.* William P.
Franklin, as President of the Bricklayers, Masons and Plasterers International Union, Local No. 37, Appellant.

First Department, October 31, 1932.

*Murray Hulbert* of counsel [*Hulbert & Heermance*, attorneys],
for the appellant.

*Abraham A. Silberberg*, for the respondent.

Townley, J. This action is brought by a general contractor
to restrain the defendant labor union from interfering with its
members engaged in doing masonry work on Public School No. 85
under a subcontract. A dispute has arisen between the plaintiff
and the defendant as to the propriety of subletting masonry work
on this building. The union for some time has adopted a policy
hostile to such subletting by contractors and has agreements with
a number of contractors in furtherance of that policy. Plaintiff is
not a party to any such agreement, but in fact has not hitherto
sublet its contracts. When plaintiff refused to recognize this policy
defendant notified its members to stop work. The defendant by the
order appealed from has been restrained generally from interfering
with its members engaged in doing masonry work under this contract. There is no showing that the defendant, in inducing its
members to stop work on this building, has been guilty of any
conduct which would justify a granting of an injunction within
the rules established by our courts. (See *Stillwell Theatre, Inc.,*

v. *Kaplan*, 259 N. Y. 405; *Exchange Bakery & Restaurant, Inc.*, v. *Rifkin*, 245 id. 260.)

There is accordingly no adequate basis for the injunctive order appealed from.

The order should be reversed, with ten dollars costs and disbursements, and the motion denied.

FINCH, P. J., MARTIN, O'MALLEY and SHERMAN, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion denied.